**Order entered March 30, 2020**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

## No. 05-19-01589-CV

## IN THE INTEREST OF E.W.M., A CHILD

**On Appeal from the 219th Judicial District Court
Collin County, Texas
Trial Court Cause No. 219-53699-2018**

## ORDER

This appeal challenges an order enforcing a divorce decree, which is also being appealed and has been assigned appellate cause number 05-19-01005-CV. Before the Court are (1) appellant's amended second motion for extension of time to file his brief, (2) appellant's motion to transfer a copy of the appellate record in cause number 05-19-01005-CV into this appeal, (3) appellant's motion to compel the trial court clerk to include certain email communications in a supplemental clerk's record, (4) appellee's response to appellant's extension motion, and (5) appellant's reply to appellee's response.

We **GRANT** the extension motion and **ORDER** appellant's brief be filed no later than June 1, 2020. Because the motions to transfer and to compel do not show the requested record and emails were considered by the trial court in the enforcement hearing, we **DENY** those motions. *See Barnard v. Barnard*, 133 S.W.3d 782, 789 (Tex. App.—Fort Worth 2004, pet. denied) ("As a general rule, documents not admitted into evidence are not considered by an appellate court.").

/s/    ERIN A. NOWELL
        JUSTICE